Steven G. Mesaros, #009215
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900 Telephone
(602) 307-5853 Facsimile
smesaros@rcdmlaw.com
rkingery@rcdmlaw.com

*Attorneys for Defendant National Credit Adjusters, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Weiss,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>National Credit Adjusters, LLC,<br><br>　　　　　　Defendant. | No. 09-CV-459-TUC-CKJ<br><br>**NOTICE OF SETTLEMENT**<br><br>*(Assigned to The Honorable Cindy K. Jorgenson)* |

　　　Defendant, through counsel undersigned, gives notice that the parties have settled this matter.  The parties anticipate the filing of a Stipulation to Dismiss with prejudice within the next thirty days.

　　　**RESPECTFULLY SUBMITTED** this  8TH  day of December, 2009.

　　　　　　　　　　　　　　　　　　**RENAUD COOK DRURY MESAROS, PA**

　　　　　　　　　　　　　　　　　　By: */s/Randy L. Kingery*
　　　　　　　　　　　　　　　　　　　　Steven G. Mesaros
　　　　　　　　　　　　　　　　　　　　Randy L. Kingery
　　　　　　　　　　　　　　　　　　One North Central, Suite 900
　　　　　　　　　　　　　　　　　　Phoenix, AZ  85004-4417
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant National Credit Adjusters, LLC*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV 09-459-TUC-CKJ)　　　　[2286-0095]　　　　@PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;555706;1

# CERTIFICATE OF SERVICE

I hereby certify that on the 8TH day of December, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Cindy K. Jorgenson
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5180
Tucson, AZ  85701-5052

Ryan Lee, Esq.
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853