IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WEISS,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>          Defendant. | No. CV-09-459-TUC-CKJ<br><br>**ORDER** |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this case is **dismissed with prejudice**, each side to bear their own attorneys' fees and costs.

**The Clerk of the Court is directed to close the file in this matter.**

DATED this 5th day of February, 2010.

_____
Cindy K. Jorgenson
United States District Judge